IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WYOTEX OIL COMPANY, <br><br> Defendant. | CV 17-148-BLG-SPW-TJC <br><br> **ORDER** |

Plaintiff moves for the admission of Amy J. Pierce to practice before this Court in this case with W. Scott Mitchell and Hannah E. Tokerud to act as local counsel. Ms. Pierce's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Amy J. Pierce pro hac vice is GRANTED on the condition that Ms. Pierce shall do her own work. This means that Ms. Pierce must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Ms. Pierce may move for the admission pro hac vice of one (1) associate of her firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Pierce.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Pierce, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 17th day of May, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge