IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WYOTEX OIL COMPANY, <br><br> Defendant. | CV 17-148-BLG-SPW-TJC <br><br> **ORDER GRANTING MOTION TO WITHDRAW** |

Defendant's counsel, Jared S. Dahle, Jason M. Collins and the law firm of Garlington, Lohn & Robinson, PLLP, have filed an unopposed motion to withdraw as counsel of record for Defendant. (Doc. 58.) The requirements of Local Rule 83.3 have been met. Accordingly, IT IS HEREBY ORDERED that:

1. Jared S. Dahle, Jason M. Collins and the law firm of Garlington, Lohn & Robinson, PLLP are granted leave to withdraw from this case as counsel of record for Defendant Wyotex Oil Company.

2. Because Defendant Wyotex Oil Company is a corporation, it is not allowed to appear pro se. Local Rule 83.8(b). Accordingly, Defendant Wyotex Oil Company must immediately retain counsel and counsel must appear within 30 days from the date of this Order. If Defendant Wyotex Oil Company is unable to retain counsel within the time allowed above, Defendant Wyotex Oil Company must submit a Status Report to the Court setting forth the reasons why counsel has

not been retained.

3.     Defendant Wyotex Oil Company is further advised that the Court has issued a Scheduling Order in this case, and that all deadlines and requirements set forth in the Scheduling Order remain in effect.

3.     The Clerk's office is directed to mail a copy of this order and a copy of the Court's March 24, 2020 Scheduling Order (Doc. 57) to Defendant Wyotex Oil Company:

>Louis A. Oswald, III
>Wyotex Oil Company
>P.O. Box 280969
>Lakewood, CO 80228-0969

IT IS ORDERED.

DATED this 27th day of April, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge