IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CONTINENTAL RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WYOTEX OIL COMPANY,<br><br>Defendant. | CV 17-148-BLG-TJC<br><br>**ORDER** |

Plaintiff has filed an unopposed motion for TeJay Botchlet to appear by video at the hearing set for August 31, 2020 at 10:00 a.m. (Doc. 67.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's witness, TeJay Botchlet, shall be allowed to appear by video at the hearing. Plaintiff's counsel shall contact the Court's IT department at (406) 247-7000, to make arrangements to set up the videoconference.

**IT IS ORDERED**.

DATED this 19th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge