UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CONTINENTAL RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WYOTEX OIL COMPANY,<br><br>Defendant. | Case No. CV-17-148-BLG-TJ<br><br>JUDGMENT IN A CIVIL CASE |

     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Clerk of Court is directed to enter default judgment in favor of Continental against Wyotex as follows:
Breach of Contract damages: $1,101,561.72
Pre-judgment interest: $266,691.10
Attorneys' Fees: $79,927.00

Continental is entitled to costs upon a proper showing pursuant to L.R. 54.1, and post-judgment interest on the Judgment at the rate specified in § 25-9-205, MCA from the date of this Order until satisfaction of the judgment.

The Court further orders judgment in favor of Continental on its Lien Foreclosure claim and Wyotex's leasehold or other property identified in the November 5, 2015

Statement of Oil and Gas Lien filed in the office of the Richland County Clerk and Recorder at Book E423 and Page 972 may be sold to satisfy this judgment.

Dated this 13th day of November, 2020.

>TYLER P. GILMAN, CLERK
>
>By: /s/ Julie Hollenbeck
>Julie Hollenbeck, Deputy Clerk